{00549156v1}

1  STUART C. CLARK (SBN 124152)
   clark@carrferrell.com
2  CARR & FERRELL LLP
3  120 Constitution Drive
   Menlo Park, California 94025
4  Telephone: (650) 812-3400
   Facsimile:  (650) 812-3444
5
6  RONALD L. ROHDE (SBN 196308)
   calpatent@yahoo.com
7  LAW OFFICES OF RONALD L. ROHDE
   2625 Middlefield Road, # 189
8  Palo Alto, California 94063
   Telephone: (510) 290-5210
9
10 Attorneys for plaintiffs GOLF CITY
   PRODUCTS and JOHN NISWONGER
11
                UNITED STATES DISTRICT COURT
12
                NORTHERN DISTRICT OF CALIFORNIA
13
                       OAKLAND DIVISION
14

| GOLF CITY PRODUCTS, a partnership, and JOHN NISWONGER, an individual, | CASE NO. c 11-03547 CW |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER FOR WITH PREJUDICE DISMISSAL OF ACTION AS TO AFTERSHOCK, JENNIFER WHITE, AND REX WHITE** |
| v. | |
| AFTERSHOCK, a sole proprietorship, JENNIFER WHITE, an individual, REX WHITE, an individual, JSMD KEY PRODUCTS, LLC, a corporation, and JAMES LARSON, an individual, | |
| Defendants. | |

WHEREAS:

A.   Plaintiffs Golf City Products and John Niswonger ("Plaintiffs") have reached an agreement with Aftershock, Jennifer White, and Rex White (the "Aftershock Defendants"), settling the disputes as between Plaintiffs and the Aftershock Defendants which form the subject of this action, and all related disputes;

B.   The settlement agreement provides, among other things, that this action shall be

-1-
STIPULATION FOR DISMISSAL AS TO DEFENDANTS AFTERSHOCK, JENNIFER WHITE, AND REX WHITE

1  dismissed with prejudice as to the Aftershock Defendants, and that this Court shall retain
2  jurisdiction to enforce the settlement agreement, if necessary:
3      NOW THEREFORE, IT IS HEREBY STIPULATED by and between plaintiffs Golf City
4  Products and John Niswonger, of the one part, and Aftershock, Jennifer White, and Rex White, of
5  the other part, through their undersigned counsel, that:
6      1.    The action shall be dismissed with prejudice as to Aftershock, Jennifer White, and
7  Rex White;
8      2.    This Court shall retain jurisdiction to enforce the settlement agreement, and to
9  adjudicate any disputes relating to the performance or non performance by any party of its
10 obligations under the settlement agreement, and for all other purposes relating to the settlement
11 agreement; and,
12     3.    Plaintiffs Golf City Products and John Niswonger, and Aftershock, Jennifer White,
13 and Rex White, shall each pay their own costs and attorneys' fees with regard to this action, as
14 between each other.

15 Dated: August     , 2011

By: /s/Stuart C. Clark  _____
Stuart C. Clark (#124152)
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, CA 94025

Attorneys for plaintiffs GOLF CITY PRODUCTS and JOHN NISWONGER

22 Dated: August     , 2011

By: /s/Laurence D. Grossman  _____
Laurence D. Grossman (#47937)

LAW OFFICES OF LAURENCE GROSSMAN
1701 Solar Drive, #261
Oxnard, CA 93030-0154Telephone: (650) 812-3400

Attorneys for defendants AFTERSHOCK, JENNIFER WHITE, and REX WHITE

1
2
3         **ACCORDING TO STIPULATION, IT IS SO ORDERED**
4  DATED: September  29, 2011
5                                   _____
6                                   HON. CLAUDIA WILKEN
                                    UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

I am a citizen of the United States. My business address is 120 Constitution Drive, Menlo Park, California 94025. I am employed in the county of San Mateo where this service occurs. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business. On the date set forth below, following ordinary business practice, I served true copies of the foregoing document(s) described as **STIPULATION AND [PROPOSED] ORDER FOR WITH PREJUDICE DISMISSAL OF ACTION AS TO AFTERSHOCK, JENNIFER WHITE, AND REX WHITE**

- ☐ (BY EMAIL) by transmitting via electronic mail the document(s) listed above to the email address(es) set forth below, or as stated on the attached service list.

- ☒ (BY MAIL) by causing envelopes containing such copies, with postage thereon fully prepaid, to be placed in the United States Mail at Menlo Park, California, addressed as follows.

| | |
|---|---|
| William R. Hill, Esq.<br>Donahue Gallagher Woods LLP<br>1999 Harrison Street, 25th Floor<br>Oakland, CA 94612-3520<br>Email: rock@donahue.com<br><br>Attorneys for JSMD Key Products LLC and James Larson | Robert Jensen, Esq.<br>Jensen & Puntigam, P.S.<br>2033 6th Ave, Suite 1020<br>Seattle, WA 98121<br>Email: BJ@jensenpuntigam.com<br><br>Attorneys for JSMD Key Products LLC and James Larson |

Laurence Grossman, Esq.
Law Offices of Laurence Grossman
1701 Solar Drive, Suite 261
Oxnard, CA 93030
larryglaw@gmail.com

Attorneys for Aftershock, Jennifer White, and Rex White

1 | I declare under penalty of perjury under the laws of the United States of America that the
2 | foregoing is true and correct.
3 | Executed on September     , 2011 at Menlo Park, California.

CHERI HOULE

{00549156v1}                                          -5-
STIPULATION FOR DISMISSAL AS TO DEFENDANTS AFTERSHOCK, JENNIFER WHITE, AND REX WHITE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

{00549156v1}