STUART C. CLARK (SBN 124152)
clark@carrferrell.com
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, California 94025
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

RONALD L. ROHDE (SBN 196308)
calpatent@yahoo.com
LAW OFFICES OF RONALD L. ROHDE
2625 Middlefield Road, # 189
Palo Alto, California 94063
Telephone: (510) 290-5210

Attorneys for GOLF CITY PRODUCTS
and JOHN NISWONGER

WILLIAM R. HILL, #114954
rock@donahue.com
CHRISTIAN J. MARTINEZ #215360
christian@donahue.com
CAROLYN E. WAYSACK, #267486
carolyn@donahue.com
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
1999 Harrison Street, 25th Floor
Oakland, California 94612-3520
P.O. Box 12979
Oakland, California 94604-2979
Telephone: (510) 451-0544
Facsimile: (510) 832-1486

ROBERT JENSEN, ESQ., WSBA #1532
bj@jensenpuntigam.com
JENSEN & PUNTIGAM, P.S.
Attorneys at Law
2033 6th Avenue, Suite 1020
Seattle, Washington 98121
Telephone: (206) 448-3200
Facsimile: (206) 441-5514

Attorneys for
Defendants/Counterclaimants
JSMD KEY PRODUCTS, LLC and
JAMES LARSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOLF CITY PRODUCTS, a partnership and JOHN NISWONGER, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> AFTERSHOCK, a sole proprietorship, JENNIFER WHITE, an individual, REX WHITE, an individual, JSMD KEY PRODUCTS, LLC, a corporation and JAMES LARSON, an individual, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | CASE NO. CV 11-03547-CW <br><br> **STIPULATION FOR ENTRY OF JUDGMENT AND DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS AND THE ACTION** |

A. WHEREAS by a complaint filed on July 19, 2011 the GOLF CITY PARTIES commenced an action in this court (the "Action") against, among others, the JSMD KEY PRODUCTS LLC and JAMES LARSON ("JSMD PARTIES"), seeking a judgment that U.S. Patent No. 7,797,864 (the "'864 Patent") was and is not infringed, or alternatively is invalid and/or unenforceable;

B. WHEREAS, by a counterclaim filed on October 5, 2011 the JSMD PARTIES sought a judgment that the GOLF CITY PARTIES had infringed the '864 Patent, breached a confidential disclosure statement, wrongfully appropriated property, and engaged in unfair competition;

C. WHEREAS the parties each disputed the claims asserted by the other parties;

D. WHEREAS the parties have entered into a settlement agreement under which they have agreed to dismiss their respective claims and counterclaims against each other, and to pay their own costs;

D. WHEREAS it is a further term of the settlement agreement that the GOLF CITY PARTIES shall stipulate that the '864 Patent is valid and enforceable;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between plaintiffs and counter defendants Golf City Products and John Niswonger, of the one part, and defendants and counterclaimants JSMD Key Products, LLC and James Larson, of the other part, through their undersigned counsel, that:

1. The action and all remaining claims and counterclaims asserted in the action shall be dismissed with prejudice;

2. It is declared and adjudged that the '864 patent is valid and enforceable;

3. This Court shall retain jurisdiction to enforce the settlement agreement, and to adjudicate any disputes relating to the performance or non performance by any party of its obligations under the settlement agreement, and for all other purposes relating to the settlement agreement; and,

4. The parties shall each pay their own costs and attorneys' fees with regard to this Action.

| | | |
|---|---|---|
| 1 | Date:  April 13, 2012 | CARR & FERRELL, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ STUART C. CLARK_____ |
| 5 | | Attorneys for GOLF CITY PRODUCTS and JOHN NISWONGER |
| 6 | | |
| 7 | Date:  April 13, 2012 | DONAHUE GALLAGHER WOODS, LLP |
| 8 | | |
| 9 | | |
| 10 | | By: /s/ CHRISTIAN J. MARTINEZ_____ |
| 11 | | Attorneys for JSMD KEY PRODUCTS, LLC AND JAMES LARSON |
| 12 | | |

13   PURSUANT TO STIPULATION, IT IS SO ORDERED

16   Date: 4/23/2012

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE