| | |
|---|---|
| STUART C. CLARK (SBN 124152)<br>clark@carrferrell.com<br>CARR & FERRELL LLP<br>120 Constitution Drive<br>Menlo Park, California 94025<br>Telephone: (650) 812-3400<br>Facsimile: (650) 812-3444<br><br>RONALD L. ROHDE (SBN 196308)<br>calpatent@yahoo.com<br>LAW OFFICES OF RONALD L. ROHDE<br>2625 Middlefield Road, # 189<br>Palo Alto, California 94063<br>Telephone: (510) 290-5210<br><br>Attorneys for GOLF CITY PRODUCTS<br>and JOHN NISWONGER | WILLIAM R. HILL, #114954<br>*rock@donahue.com*<br>CHRISTIAN J. MARTINEZ #215360<br>*christian@donahue.com*<br>CAROLYN E. WAYSACK, #267486<br>*carolyn@donahue.com*<br>DONAHUE GALLAGHER WOODS LLP<br>Attorneys at Law<br>1999 Harrison Street, 25th Floor<br>Oakland, California 94612-3520<br>P.O. Box 12979<br>Oakland, California 94604-2979<br>Telephone: (510) 451-0544<br>Facsimile: (510) 832-1486<br><br>ROBERT JENSEN, ESQ., WSBA #1532<br>*bj@jensenpuntigam.com*<br>JENSEN & PUNTIGAM, P.S.<br>Attorneys at Law<br>2033 6th Avenue, Suite 1020<br>Seattle, Washington 98121<br>Telephone: (206) 448-3200<br>Facsimile: (206) 441-5514<br><br>Attorneys for<br>Defendants/Counterclaimants<br>JSMD KEY PRODUCTS, LLC and<br>JAMES LARSON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOLF CITY PRODUCTS, a partnership and JOHN NISWONGER, an individual,<br><br>          Plaintiffs,<br><br>    v.<br><br>AFTERSHOCK, a sole proprietorship, JENNIFER WHITE, an individual, REX WHITE, an individual, JSMD KEY PRODUCTS, LLC, a corporation and JAMES LARSON, an individual,<br><br>          Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. CV 11-03547-CW<br><br>**STIPULATION FOR ENTRY OF JUDGMENT AND DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS AND THE ACTION** |

A.   WHEREAS by a complaint filed on July 19, 2011 the GOLF CITY PARTIES commenced an action in this court (the "Action") against, among others, the JSMD KEY PRODUCTS LLC and JAMES LARSON ("JSMD PARTIES"), seeking a judgment that U.S. Patent No. 7,797,864 (the "'864 Patent") was and is not infringed, or alternatively is invalid and/or unenforceable;

B.   WHEREAS, by a counterclaim filed on October 5, 2011 the JSMD PARTIES sought a judgment that the GOLF CITY PARTIES had infringed the '864 Patent, breached a confidential disclosure statement, wrongfully appropriated property, and engaged in unfair competition;

C.   WHEREAS the parties each disputed the claims asserted by the other parties;

D.   WHEREAS the parties have entered into a settlement agreement under which they have agreed to dismiss their respective claims and counterclaims against each other, and to pay their own costs;

D.   WHEREAS it is a further term of the settlement agreement that the GOLF CITY PARTIES shall stipulate that the '864 Patent is valid and enforceable;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between plaintiffs and counter defendants Golf City Products and John Niswonger, of the one part, and defendants and counterclaimants JSMD Key Products, LLC and James Larson, of the other part, through their undersigned counsel, that:

1.   The action and all remaining claims and counterclaims asserted in the action shall be dismissed with prejudice;

2.   It is declared and adjudged that the '864 patent is valid and enforceable;

3.   This Court shall retain jurisdiction to enforce the settlement agreement, and to adjudicate any disputes relating to the performance or non performance by any party of its obligations under the settlement agreement, and for all other purposes relating to the settlement agreement; and,

4.   The parties shall each pay their own costs and attorneys' fees with regard to this Action.

1  Date:  April 13, 2012                    CARR & FERRELL, LLP

2

3

4                                           By: /s/ STUART C. CLARK_____

5                                           Attorneys for GOLF CITY PRODUCTS and JOHN NISWONGER

6

7  Date:  April 13, 2012                    DONAHUE GALLAGHER WOODS, LLP

8

9

10                                          By: /s/ CHRISTIAN J. MARTINEZ_____

11                                          Attorneys for JSMD KEY PRODUCTS, LLC AND JAMES LARSON

12

13       PURSUANT TO STIPULATION, IT IS SO ORDERED

14

15

16  Date: 4/23/2012

17                                          _____
                                            CLAUDIA WILKEN
18                                          UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

{00616184v1}                               -3-
STIPULATION FOR ENTRY OF JUDGMENT AND DISMISSAL OF ALL CLAIMS
(Case No. CV 11-03547-CW)